IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00292-LTB

CLEOTIS GRISBY,

    Applicant,

v.

ROGER WERHOLTZ, Executive Director of Colorado Department of Corrections,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 10, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 10th day of June, 2014.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/K Lyons
                          Deputy Clerk